UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division

In re:

    Wanda Cyntrilla Gregory          Chapter 13
                                              Case No. 18-14411-TJC

    Debtor

_____

## OBJECTION TO CONFIRMATION

Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc. by its undersigned attorneys, Orlans PC, hereby objects to the confirmation of the Chapter 13 plan filed by the Debtor Wanda Cyntrilla Gregory ("Debtor"), and as grounds therefore states as follows:

1. On or about November 2, 2005, Wanda Cyntrilla Gregory executed and delivered to First Equity Mortgage Incorporated a promissory note (the "Note") in the amount of THREE HUNDRED THIRTY-TWO THOUSAND ONE HUNDRED FIFTY DOLLARS AND NO CENTS ($332,150.00), plus interest at the adjustable rate of 6% per annum, to be paid over thirty (30) years.

2. Wanda Cyntrilla Gregory executed a mortgage to First Equity Mortgage Incorporated dated November 2, 2005. The Mortgage is a first mortgage on real property owned by the Debtor known and numbered as 2568 Emerson Drive, Frederick, MD 21702.

3. The Mortgage is materially in default.

4. The Debtor's Chapter 13 Plan proposes to pay post-petition monthly mortgage payments directly to Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc. and a pre-petition arrearage of $0.00.

5. The Debtor's Chapter 13 Plan understates the pre-petition arrearage and fails to propose a

reasonable length of time to cure the pre-petition arrearage.

6. The mortgage is non-modifiable pursuant to 11 U.S.C. §1322(b)(2).

7. As of April 3, 2018, the pre-petition arrearage was approximately $13,294.90.

8. That Debtor's Chapter 13 Plan appears under-funded to cure the pre-petition arrearage within a reasonable length of time.

9. Depending upon any additional facts learned before the hearing on confirmation, Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc. reserves the right to assert that the Plan was not proposed in good faith pursuant to 11 U.S.C. § 1325(a)(3).

WHEREFORE, Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc., by and through its attorneys prays that Confirmation be denied, and the case be dismissed, or in the alternative, Creditor prays that this Chapter 13 be converted to a Chapter 7 pursuant to 11 U.S.C. §1307(c).

Date:   June 7, 2018

Respectfully submitted,

  /s/ Namrata Loomba
Kathryn Smits, Bar # 13912
Namrata Loomba, Bar # 20053
Sameera Navidi, Bar # 20126
Orlans PC
PO Box 2548
Leesburg, VA 20177
(703)777-7101
Attorneys for Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc.
ksmits@orlans.com
nloomba@orlans.com
snavidi@orlans.com

CERTIFICATE OF SERVICE

The undersigned states that on June 7, 2018, copies of the foregoing Objection to Confirmation were filed with the Clerk of the Court using the ECF system, which will send notification of such filing to the following:

Timothy P. Branigan
9891 Broken Land Parkway
Suite 301
Columbia, MD 21046
cmecf@chapter13maryland.com
*Bankruptcy Trustee*

Barry M. Tapp
14662 Cambridge Circle
Laurel, MD 20707
Suwon4@aol.com
*Debtor's Attorney*

and I hereby certify that I have caused to be mailed by first class mail, postage prepaid, copies of the foregoing Objection to Confirmation to the following non-ECF participants:

Wanda Cyntrilla Gregory
2568 Emerson Drive
Frederick, MD 21702
*Debtor*

                                                      /s/ Namrata Loomba
                                                     Kathryn Smits, Esquire
                                                     Namrata Loomba, Esquire
                                                     Sameera Navidi, Esquire